No. 382. McKenney v. Swayne & Hoyt, Ltd., et al. November 6, 1939. The motion for leave to proceed on a typewritten record is granted. The petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit is denied. *Mr. Alex W. Swords* for petitioner. *Messrs. Geo. H. Terriberry* and *Jos. M. Rault* for respondents.

No. 428. Clark v. Deitrick, Receiver, et al. November 6, 1939. The motion for leave to file typewritten documents as part of the record in lieu of printing is granted. The petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit is denied. *Messrs. Thomas H. Mahony* and *David Stoneman* for petitioner. *Messrs. Brenton K. Fisk* and *Andrew J. Aldridge* entered an appearance for respondents.

No. 441. Standard Oil Company of New Jersey v. A/B Svenska Amerika Linien. November 6, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. Mr. Justice Roberts took no part in the consideration and decision of this application. *Messrs. William H. McGrann* and *Ira A. Campbell* for petitioner. *Mr. John W. Griffin* for respondent.

No. 318. Texas Company et al. v. Parish of Jefferson. November 6, 1939. Petition for writ of certiorari to the Supreme Court of Louisiana denied. *Messrs. R. E. Milling, Chas. H. Blish, R. C. Milling,* and *Eugene Saunders* for petitioners. *Mr. Henry H. Chaffe* for respondent.

No. 357. Hammond Clock Co. v. Electric Auto-Lite Co. November 6, 1939. Petition for writ of cer-